UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JAHI HASANATI,

        Plaintiff,

-against-

ANDREW CUOMO, Attorney General New York;
GOVERNOR OF NEW YORK; KINGS COUNTY
CLERK; KINGS COUNTY SUPREME COURT,

        Defendants.
------------------------------------------------------------ X

JAHI HASANATI,

        Plaintiff,

-against-

ANDREW CUOMO, Attorney General State of New York;
and CHARLES HYNES, District Attorney County of
Kings, New York,

        Defendants.
------------------------------------------------------------ X

10-CV-4909 (ARR) (JMA)
10-CV-5028 (ARR) (JMA)

NOT FOR PRINT OR
ELECTRONIC
PUBLICATION

MEMORANDUM &
ORDER

ROSS, United States District Judge:

By order dated November 3, 2010, the court granted plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), consolidated these matters, and granted plaintiff 30 days leave to file one amended complaint for both actions. At the time of filing, plaintiff was incarcerated at Otis Bantum Correctional Center ("OBCC") at Rikers Island. However, based on correspondence from the New York City Department of Correction dated November 9, 2010, it appears that plaintiff was released from custody on October 28, 2010. By letter dated

1

November 19, 2010, plaintiff informed the court that he is now being held at the County of Miami Dade: Metrowest Detention Center in Miami, Florida.

Accordingly, the Clerk of Court is directed to resend the court's November 3, 2010 order to plaintiff at his current address. Plaintiff shall have an additional thirty days from the date of this order to file an amended complaint as directed in the court's November 3, 2010 order. If plaintiff fails to amend his complaint within 30 days as directed by this order, the court shall dismiss this complaint pursuant to 28 U.S.C. § 1915A. The court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

S/Judge Ross
Allyne R. Ross
United States District Judge

Dated: December 28, 2010
Brooklyn, New York

## Service List

Pro Se Plaintiff:
Jahi Hasanati
# 100084246
Metro West Detention Center
13850 NW 41st Street
Miami, FL 33178

cc: Magistrate Judge Joan M. Azrack

3