```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
JAHI HASANATI,                                                    :     10-CV-4909 (ARR) (JMA)
                                                                  :     10-CV-5028 (ARR) (JMA)
                        Plaintiff,                                :
                                                                  :     NOT FOR PRINT OR
        -against-                                                 :     ELECTRONIC
                                                                  :     PUBLICATION
ANDREW CUOMO, Attorney General New York;                          :
GOVERNOR OF NEW YORK; KINGS COUNTY                                :     MEMORANDUM &
CLERK; KINGS COUNTY SUPREME COURT,                                :     ORDER
                                                                  :
                        Defendants.                               :
----------------------------------------------------------------- X
                                                                  :
JAHI HASANATI,                                                    :
                                                                  :
                        Plaintiff,                                :
                                                                  :
        -against-                                                 :
                                                                  :
ANDREW CUOMO, Attorney General State of New York; :
and CHARLES HYNES, District Attorney County of                    :
Kings, New York,                                                  :
                                                                  :
                        Defendants.                               :
                                                                  :
----------------------------------------------------------------- X
```

ROSS, United States District Judge:

Plaintiff Jahi Hasanati filed these pro se actions, alleging that various New York Penal Law statutes are unconstitutional. By order dated November 3, 2010, the court granted plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), consolidated these matters, and granted plaintiff 30 days leave to file one amended complaint for both actions. By order dated December 28, 2010, the court extended plaintiff's time to amend because he had had been transferred to the Metro West Detention Center in Miami, Florida, and had not received the court's first order.

1

By letter motion dated January 19, 2011, plaintiff requests another extension of 30 days to amend his complaint. The extension is granted. Plaintiff also requests an order requiring the director of the Metro West Detention Center to provide him with legal assistance to prosecute this case. The court lacks jurisdiction to enter the requested order. Plaintiff should use the institutional grievance procedures available to him to address this issue. The court reminds plaintiff that his amended complaint need not provide a detailed legal analysis. Rather, what is required is a statement of facts sufficient to allow each defendant to have a fair understanding of what the plaintiff is complaining about and to know whether there is a legal basis for recovery. See Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

If plaintiff fails to amend his complaint within 30 days as directed by this order, the court shall dismiss this complaint pursuant to 28 U.S.C. § 1915A. The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/Signed by Judge Ross/
_____
Allyne R. Ross
United States District Judge

Dated: February 15, 2011
Brooklyn, New York

**Service List**

    <u>Pro Se Plaintiff</u>:
    Jahi Hasanati
    # 100084246
    Metro West Detention Center
    13850 NW 41st Street
    Miami, FL 33178

cc:    Magistrate Judge Joan M. Azrack